**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rufus WALKER, Defendant–Appellant.**

No. 07–15395
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 17, 2008.

Gerald B. Williams, Gerald B. Williams, P.C., Albany, GA, for Defendant–Appellant.

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Rufus Walker, has filed a motion to withdraw on appeal supported by a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw it **GRANTED** and Walker's convictions and sentences are **AFFIRMED**.